JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MAROLDA, an individual,<br><br>       Plaintiff,<br><br>    vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT (LAUSD), and DOES 1 to 100, inclusive<br><br>       Defendants. | CASE NO.: 2:24-CV-02417-SB-KS<br><br>**ORDER OF DISMISSAL** |

    Based on the stipulation of the parties, this case is dismissed in its entirety with prejudice.

Dated:  February 12, 2025

                                            Stanley Blumenfeld, Jr.
                                            UNITED STATES DISTRICT JUDGE